IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUINTON LAMAR SIMMONS**                          **PLAINTIFF**
**#195811**

V.                        NO. 4:22-cv-01189-JM

**HIGGINS,** *et al.*                          **DEFENDANTS**

## ORDER

Paul Criswell, an inmate at the Pulaski County Detention Facility ("Detention Facility"), filed this lawsuit *pro se* under 42 U.S.C. § 1983 on behalf of himself and 50 other inmates, including Plaintiff Quinton Lamar Simmons. *Doc. 1*. Pursuant to Court policy, the Court opened 51 different lawsuits, including this one for Mr. Simmons.

On December 16, 2022, mail from the Court to Mr. Simmons was returned as "undeliverable." *Doc. 4*.

On December 19, 2022, the Court ordered Mr. Simmons to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 5*. To date, he has not responded to the Court's December 19 Order, and the time to do so has passed.

The Court withdraws the reference.

Mr. Simmons' claims are DISMISSED, without prejudice due to a lack of prosecution. FED. R. CIV. P. 41(b); Local rule 5.5(c)(2). An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 3rd day of February, 2023

_____
UNITED STATES DISTRICT JUDGE